EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 02-0514 KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | EX PARTE MOTION TO SEAL |
| vs. | ) | DOCUMENTS; DECLARATION |
| | ) | OF RONALD G. JOHNSON; |
| 1988 Gray 4-Door Sedan | ) | ORDER GRANTING MOTION |
| Honda Accord | ) | TO SEAL DOCUMENTS |
| Hawaii License Plate JWA 229 | ) | |
| | ) | |

EX PARTE MOTION TO SEAL DOCUMENTS

Comes now UNITED STATES OF AMERICA, through its undersigned attorneys, and hereby moves this Court for an order sealing all documents in connection with the above-captioned matter, except the search warrant and return.  The documents to be sealed include, but are not limited to, the application and affidavit attached to the warrant, this motion and the declaration and order accompanying it, and the clerk of court's docket sheet on the ground that investigation into the matter is on-going, and disclosure of the information contained in these documents may interfere with said investigation.



This Motion is made pursuant to the inherent power of this Court, and is based on the records and files of this case and the Declaration of RONALD G. JOHNSON attached hereto.

DATED: _July 5, 2002_, at Honolulu, Hawaii.

                EDWARD H. KUBO, JR.
                United States Attorney
                District of Hawaii

                By _/s/ Ronald G. Johnson_
                   RONALD G. JOHNSON
                   Assistant U.S. Attorney