IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 02-0514 KSC |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION |
| | ) | TO SEAL DOCUMENTS |
| vs. | ) | |
| | ) | |
| 1988 Gray 4-Door Sedan | ) | |
| Honda Accord | ) | |
| Hawaii License Plate JWA 229 | ) | |
| | ) | |

ORDER GRANTING MOTION TO SEAL DOCUMENTS

The Court having considered the UNITED STATES OF AMERICA's Ex Parte Motion to Seal Documents, and good cause appearing therefor,

IT IS HEREBY ORDERED that all documents except the search warrant and return in connection with this matter be sealed until further order of this Court. The documents to be sealed include, but are not limited to, the application and affidavit attached to the warrant, the motion to seal and the declaration in support of it, this order, and the clerk of court's docket sheet.

DATED: July 5, 2002, at Honolulu, Hawaii.

_____
UNITED STATES MAGISTRATE JUDGE