ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MAG. NO. 02-0514 KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | SEARCH WARRANT ON |
| | ) | WRITTEN AFFIDAVIT |
| 1988 GRAY 4-DOOR SEDAN | ) | |
| HONDA ACCORD | ) | |
| HAWAII LICENSE PLATE JWA 229 | ) | |
| | ) | |

### SEARCH WARRANT ON WRITTEN AFFIDAVIT

TO:   ANY DULY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER IN THE
      STATE OF HAWAII.

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

**NAME AND OFFICIAL POSITION OF AFFIANT:**  SA Chong S. Cho

**AFFIANT'S FED. LAW ENFORCEMENT AGENCY:**  FBI

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

**PREMISES/PROPERTY TO BE SEARCHED:**  1988 Gray 4-door Sedan Honda
Accord, Hawaii License Plate JWA 229.

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

WHEREAS, Affidavit having been made before me by the
above-named Affiant, that said Affiant has reason to believe that
on the premises/property described above, in the District of
Hawaii, there is now being concealed certain property, to wit, the
items on the attached "List of Items Authorized To Be Searched For
And Seized Pursuant To Federal Search Warrant," which list is
incorporated herein by reference and made a part hereof,

AND WHEREAS, I am satisfied that there is probable cause to
believe that the property so described is being concealed on or in
the above-described premises/property and the grounds for
application for issuance of the search warrant exist as stated in
the supporting Affidavit,

NOW, THEREFORE, YOU ARE HEREBY COMMANDED to search on or before the tenth (10th) day after the issuance date of this warrant the premises/property named above for the property specified, serving this warrant and making the search during daytime hours, and if the property be found there to seize it, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to any Judicial Officer of the Court as required by law.

THIS WARRANT IS ISSUED AT HONOLULU, HAWAII, AT _1:55_ P_.m. on July _5th_, 2002.

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF HAWAII


USA v. 1988 Gray 4-door Sedan Honda Accord, Hawaii License Plate JWA 229.

USDC-Hawaii, Magistrate's Case No. 02-0514 KSC

ATTACHMENT A

<u>LIST OF ITEMS AUTHORIZED TO BE SEARCHED FOR AND SEIZED
PURSUANT TO FEDERAL SEARCH WARRANT</u>

1.  Avalon AE7000 Digital Recorder, Serial Number 200

2.  Black, plastic case.

3.  Avalon AE7000 Owner's/Operating Manual

4.  Any items of identification or documents tending to
    identify the person in possession of 1988 Gray 4-door
    Sedan, Honda Accord, Hawaii License Plate JWA 229.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 8 2002

at 3 o'clock and 31 min.
WALTER A. Y. H. CHINN, CLERK

## RETURN ON SEARCH WARRANT

USA V. 1988 Gray 4-door Sedan Honda Accord,
HAWAII LICENSE PLATE JWA 229

USDC-Hawaii, Magis. Case No. 02-0514 KSC

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
DATE WARRANT RECEIVED:    7-5-02
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
DATE AND TIME WARRANT EXECUTED: 7-5-02    3:10P
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH/AT:
Dorophy Gibson at 825 Olokele Street, Honolulu, HI
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT [Any
additional pages attached to this Return are incorporated herein by
reference]:

None

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
## CERTIFICATION

I swear that this inventory is a true and detailed account of the
person or property taken on this warrant, to the best of
knowledge and belief.

Subscribed to, and
Returned Before the Undersigned,
on the Date set forth below.    AFFIANT _____

_____        ____July 8, 2002_____
U.S. DISTRICT JUDGE OR          DATE
MAGISTRATE JUDGE