EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 02-0514 KSC |
| | ) | |
| Plaintiff, | ) | EX PARTE MOTION TO UNSEAL |
| | ) | SEARCH WARRANT APPLICATION |
| | ) | AND AFFIDAVIT, THE MOTION TO |
| vs. | ) | SEAL, AND THE CLERK OF |
| | ) | COURT'S DOCKET SHEET; ORDER |
| 1988 Gray 4-Door Sedan | ) | GRANTING EX PARTE MOTION TO |
| Honda Accord | ) | UNSEAL SEARCH WARRANT |
| Hawaii License Plate JWA 229 | ) | APPLICATION AND AFFIDAVIT, THE |
| | ) | MOTION TO SEAL, AND THE CLERK |
| Defendant. | ) | OF COURT'S DOCKET SHEET |
| | ) | |

EX PARTE MOTION TO UNSEAL
SEARCH WARRANT APPLICATION AND AFFIDAVIT,
THE MOTION TO SEAL, AND THE CLERK OF
COURT'S DOCKET SHEET AS TO THE ABOVE MAGISTRATE NUMBER

Comes now UNITED STATES OF AMERICA, through its undersigned attorneys, and hereby moves this Court for an order unsealing the Search Warrant Application and Affidavit, the Motion to Seal, and the Clerk of Court's Docket Sheet in the above-entitled matter on the ground that the information in those documents needs to be shared with state law enforcement officials

and may need to be made public during the course of the investigation or prosecution of individuals associated with this matter.

This Motion is based on the records and files of this case.

DATED: November 27, 2002, Honolulu, Hawaii.

>EDWARD H. KUBO, JR.
>United States Attorney
>District of Hawaii
>
>By _____
>RONALD G. JOHNSON
>Assistant U.S. Attorney
>
>Attorneys for Plaintiff
>UNITED STATES OF AMERICA