IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 02-0514 KSC |
| | ) | |
| | ) | ORDER GRANTING UNITED STATES |
| Plaintiff, | ) | EX PARTE MOTION TO UNSEAL |
| | ) | SEARCH WARRANT APPLICATION |
| | ) | AND AFFIDAVIT, THE MOTION TO |
| | ) | SEAL, AND THE CLERK OF |
| | ) | COURT'S DOCKET SHEET |
| vs. | ) | |
| | ) | |
| 1988 Gray 4-Door Sedan | ) | |
| Honda Accord | ) | |
| Hawaii License Plate JWA 229 | ) | |
| | ) | |
| | ) | |

ORDER GRANTING THE UNITED STATES EX PARTE MOTION
TO UNSEAL SEARCH WARRANT APPLICATION AND AFFIDAVIT,
THE MOTION TO SEAL, AND THE CLERK OF COURT'S
DOCKET SHEET AS TO THE ABOVE MAGISTRATE NUMBER

The Court having considered the UNITED STATES OF AMERICA's Ex Parte Motion to Unseal Search Warrant Application and Affidavit, the Motion to Seal, and the Clerk of Court's Docket Sheet, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Search Warrant Application and Affidavit, the Motion to Seal, and the Clerk of Court's Docket Sheet, in the above-entitled matter be unsealed.

DATED: November 27, 2002, at Honolulu, Hawaii.

UNITED STATES MAGISTRATE JUDGE